

Mary G. Bielaska, Esq.
Direct Dial: (858)761-2197
Email: Mary.bielaska@zanicorn.com

> GRANTED. The Puff Bar Defendants may file their separate memorandum of law by June 6, 2025.
>
> SO ORDERED. Dated June 3, 2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

May 25, 2025

VIA CM/ECF
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *State of New York v. Puff Bar, et al.*; Civil Action No. 25-cv-1445-MMG
Letter Motion for Extension of Time to File Separate Memorandum

Dear Judge Garnett:

We represent Puff Bar, EVO Brands, LLC, and PVG2, LLC (the "Puff Defendants") in the above-referenced action. I write at this time to request an extension to June 6, 2025, to potentially file a separate memorandum with additional arguments unique to the Puff Defendants.

This request is prompted by the recent receipt of material information that only came to our attention a few hours before the filing deadline. We require additional time to adequately assess and digest this information in order to determine its relevance and ensure that any filing made is both accurate and helpful to the Court.

We believe this short extension will not cause any prejudice or undue delay, and instead will promote efficiency by ensuring that the Court has the benefit of a complete and thoroughly considered submission.

Due to the late hour and so as not to delay the Defendants' timely fiing of the combined Motion to Dismiss which the Puff Defendants are also a part of we have emailed the counsel for the other parties regarding this request and I hope to receive their positions on this request over the weekend. and we will advise the Court accordingly on Tuesday of their consent or objection.

We thank the Court for its attention to this matter and are available should the Court require any further information.

Respectfully submitted,

/s/ Mary G. Bielaska

Mary G. Bielaska, Esq.

Counsel for Puff Bar, EVO Brands, LLC, and PVG2, LLC
cc: All counsel of record (via ECF)