

VIA CM/ECF

July 22, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *State of New York v. Puff Bar, et al.*; Civil Action No. 25-cv-1445-MMG
      Consented Letter Motion for Extension of Time to File a Consolidated Reply in Support of
      Defendant's Motion to Dismiss and Reply in Support of Defendant's Motion to Sever, and Leave to
      Exceed Word Count for Consolidated Reply in Support of Defendant's Motion to Dismiss

Dear Judge Garnett:

We write on behalf of Defendants 10 Days, Inc., Ecto World LLC, Magellan Technology Inc., Midwest Goods Inc., SV3, LLC, and Safa Goods LLC in the above-referenced action. Counsel for all other defendants also join in this letter motion. Plaintiff, The State of New York by Letitia James ("Plaintiff") consents to this letter motion.

We write to request a two-business-day extension of time to file a reply in support of Defendants' consolidated motion to dismiss [ECF No. 78] and a reply in support of Defendants' motion to sever [ECF No. 85], both of which have a current filing deadline of Friday, July 25, 2025. Because of conflicting deadlines in other matters and of the need to coordinate drafting across multiple law firms, Defendants require additional time to file their replies. All Defendants plan to file a consolidated reply in support of their motion to dismiss and reply in support of their motion to sever. Defendants Puff Bar, EVO Brands, LLC, and PVG2, LLC (collectively, the "Puff Bar Defendants") will also file an additional reply memorandum in support of their separate motion to dismiss under the same extension.

The parties have conferred and because of the joint nature of the planned reply memorandum in support of Defendants' consolidated motion to dismiss, Defendants also respectfully request leave to exceed the word count limit and submit a joint reply in support of Defendants' motion to dismiss of up to 9,500 words.

Plaintiff consents to the relief requested in this letter motion. Defendants respectfully request that the Court grant this extension.

                                  Respectfully submitted,

                                  /s/ *Krupa Patel*

                                  Krupa Patel
                                  Thompson Hine LLP

cc:   All counsel of record (via ECF)

Krupa.Patel@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.308.6037

THOMPSON HINE LLP         1919 M Street, N.W., Suite 700       www.ThompsonHine.com
ATTORNEYS AT LAW          Washington, D.C. 20036-3537          O: 202.331.8800
                                                               F: 202.331.8330

GRANTED. The time for Defendants to file replies in support of their motions to dismiss and a reply in support of their motion to sever is hereby extended to **July 29, 2025**. The joint reply in support of Defendants' consolidated motion to dismiss may contain up to 9,500 words.

SO ORDERED. Dated July 24, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE