

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

September 23, 2025

**VIA ECF**
Hon Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re: *The People of the State of New York v. Puff Bar, et al.*,
          Case No. 25-CV-01445 (MMG)

Dear Judge Garnett:

    This Office represents Plaintiff the People of the State of New York (the "State") in the above-referenced action. As submitted in the parties' joint letter, dated and filed September 19, 2025 (ECF No. 110), the parties endeavored to jointly submit a proposed protective order by today, in preparation for the September 25, 2025 conference. However, despite our best efforts, the parties are currently at impasse on certain significant issues, requiring the parties to submit competing versions of a proposed "confidentiality and protective order" for the Court's consideration and resolution.

    By way of background, the State provided Defendants with its proposed confidentiality and protective order on September 5, 2025. Although the parties conferred as directed (*see* ECF No. 109), as to case management issues on September 11th, Defendants did not provide edits until September 19, 2025. Counsel for the State, the City, and nearly all Defendants (Price Point Defendants were not present) met and conferred this morning in the hopes of resolving their differences on the confidentiality and protective order. Though the parties may reach agreement on one of the outstanding issues, some counsels' trial schedules and observance of Rosh Hashanah prevented additional meaningful discussions at this time. Regardless, there remains an impasse as to the confidentiality and protective order, requiring this Court's review and resolution, in the best interest of this case.

    It is the State's understanding that Defendants will submit to the Court their proposed protective order separately.

Hon. Margaret M. Garnett
Page 2

                                        Respectfully submitted,

                                        /s/ Joy K. Mele

                                        Joy K. Mele
                                        Assistant Attorney General
                                        Health Care Bureau

Cc:    All Counsel of Record (via ECF)