```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK
by Letitia James,

                Plaintiff,

-against-

PUFF BAR, et al.,

                Defendants.

THE CITY OF NEW YORK,

                Plaintiff,

-against-

PUFF BAR, et al.,

                Defendants.

25-CV-01445 (MMG)
25-CV-02850 (MMG)

**ORDER OF REFERRAL**

---

MARGARET M. GARNETT, United States District Judge:

    These related actions are referred to Magistrate Judge Figueredo for the following purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

Dated: September 26, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge