UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES,

                              Plaintiff,

              -against-

PUFF BAR et al.,

                            Defendants.
-----------------------------------------------------------------X
THE CITY OF NEW YORK,

                            Plaintiff,

              -against-

PUFF BAR et al.,

                            Defendants.
-----------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER SCHEDULING**
**PRE-SETTLEMENT**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Monday, November 3, 2025 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [711 799 319#].

      **SO ORDERED.**

DATED:    New York, New York
                September 29, 2025

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge