# BUSCHEL GIBBONS
## ATTORNEYS

501 East Las Olas Boulevard, Third Floor
FORT LAUDERDALE, FLORIDA 33301
Telephone: (954) 530-5301

Robert C. Buschel, Esq.
Direct dial: (954) 530-5748
Email: Buschel@BGlaw-pa.com

December 9, 2025

Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **The People of the State of New York v. Puff Bar, et al., Case No. 25-cv-01445 (MMG) / settlement conferences**

Dear Magistrate Judge Figueredo:

On behalf of Defendants in the above-entitled matter, I write to express our clients' interest in participating in settlement conferences with the City and State of New York.

The Court requested that we segregate the defendants into groups we think would facilitate efficient and productive discussions, recognizing the defendants have a pending motion for severance. [ECF No. 62]. We respectfully suggest that the defendants be organized into three groups for purposes of settlement conferences. The attached schedule reflects our proposed groupings:

| GROUP | CLIENT/DEFENDANT |
|---|---|
| **GROUP 3** | Ecto world<br>Demand<br>Magellan |
| **GROUP 2** | YLSN<br>Mi One<br>Midwest<br>Safa<br>Pod Juice/10 Days |
| **GROUP 1** | Puff<br>MCH1<br>Myle<br>Price Point<br>Individuals with Price Point |

The parties would like to pursue settlement discussions for all three groups concurrently. In our view, the groupings are intended only to organize defendants into more manageable units, not to dictate the order or pace of negotiations. Each defendant is uniquely situated and should not have its settlement posture delayed or affected by its assigned group.

The City is agreeable to proceeding in this manner, with the proviso that it believes discussions with a particular defendant would not be productive until that defendant provides assurances that its document production is complete.

The State takes no position on Defendants' proposed groupings. The State is willing to participate in settlement discussions with any Defendant who participates in good faith regardless of group, so long as the State has received sufficient information from said Defendant to make the process productive.

We appreciate the Court's consideration of this proposal and remain available to discuss this matter further at the Court's convenience.

Respectfully submitted,

Robert Buschel
On behalf of Ecto World,
Demand, & Magellan Defendants