UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES

                          Plaintiff,                    25-CV-1445 (MMG)
                                                            25-CV-2850 (MMG)

            -against-                        **ORDER SCHEDULING**
                                                          **SETTLEMENT**
PUFF BAR et al.,                                               **CONFERENCES**

                          Defendants.
------------------------------------------------------------------X
THE CITY OF NEW YORK,

                          Plaintiff,

            -against-

PUFF BAR et al.,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Pursuant to the pre-settlement conference held on January 8, 2026, the Court schedules the below settlement conferences pursuant to the groupings proposed at Case No. 25-CV-1445, ECF No. 124. The settlement conferences will be held in **Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York**. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court a week before the settlement conference date.

| Group | Pre-Conference Submissions Due | Settlement Conference Date |
|---|---|---|
| Group 1 | May 4, 2026 | May 11, 2026 at 10:00 a.m. |
| Group 2 | May 12, 2026 | May 19, 2026 at 10:00 a.m. |
| Group 3 | May 14, 2026 | May 21, 2026 at 10:00 a.m. |

**SO ORDERED.**

DATED:   New York, New York
         January 8, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge