Exhibit A
Page 1

| Date of Meet and Confer[1] | Defendants | Participating Attorneys |
|---|---|---|
| Jan. 12, 2026 | 10 Days d/b/a Pod Juice | State: Colleen K. Faherty, Alex Finkelstein, Wil Handley, Monica Hanna, Joy K. Mele<br>10 Days: Ryan Callinan, Irvin Hernandez, Eric Heyer, Kazim Naqvi, Damani Sims, Joseph Smith, Anna Stressenger |
| Jan. 13, 2026 | Mylé Vape Inc. and MVH I ("Mylé Defendants") | State: Colleen K. Faherty, Wil Handley, Monica Hanna, Joy K. Mele<br>Mylé Defs: Mary Bielaska, Jackson Brown, Christopher Dalton, Jordynn Jackson, Daniel McGee |
| Jan. 14, 2026 | Demand Vape and Magellan Technology ("Demand Defendants") | State: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Joy K. Mele<br>Demand Defs: Zoe Aron, Robert Buschel, Ryan Callinan, Michael McMullen, Joseph Smith, Anna Stressenger |
| Jan. 14, 2026 | SV3 LLC d/b/a Mi-One Brands | State: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Joy K. Mele<br>SV3: Ryan Callinan, Joseph Smith, Anna Stressenger |
| Jan. 14, 2026 | Safa Goods LLC | State: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Joy K. Mele<br>Safa: Madison Kucker, Mark Peters, Joseph Smith |
| Jan. 15, 2026 | Puff Bar, EVO Brands LLC, PVG2 LLC d/b/a Puff Bar ("Puff Defendants") | State: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Monica Hanna, Joy K. Mele<br>Puff Defs: Mary Bielaska |
| Jan. 16, 2026 | Midwest Goods Inc. d/b/a Midwest Distribution Illinois | State: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Monica Hanna, Joy K. Mele<br>Midwest Goods: Ryan Callinan, Eric Heyer, Joseph Smith |
| Jan. 27, 2026 | Puff Defendants | State: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Joy K. Mele |

[1] As a matter of practice, all meets and confer were scheduled for an hour. Some exceeded the hour and some were shorter. Regrettably, the State did not keep time stamps of the meets and confer.

Exhibit A
Page 2

| | | |
|---|---|---|
| | | <u>City</u>: Eric Proshanksy, Elizabeth Slater<br><u>Puff Defs</u>: Mary Bielaska |
| Jan. 28, 2026 | YLSN LLC d/b/a Happy Distro | <u>State</u>: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Joy K. Mele<br><u>YLSN</u>: Andrew Bochner, Azim Chowdhury, Eric Gotting, Christopher Palmieri, Dov Seewald |
| Jan. 29, 2026 | All Defendants | <u>State</u>: Leslieann Cachola, Colleen F. Faherty, Alex Finkelstein, Wil Handley, Monica Hanna, Joy K. Mele<br><u>City</u>: Aatif Iqbal, Elizabeth Slater<br><u>Defs</u>: Zoe Aron, Mary Bielaska, Jackson Brown, Christopher Dalton, Eric Gotting, Irvin Hernandez, Eric Heyer, Jordynn Jackson, Madison Kucker, Michael McMullen, Daniel McGee, Mark Peters, Joseph Smith, Anna Stressenger, Victoria Tinker, |
| Feb. 17, 2026 | Price Point Distributors Inc. d/b/a Price Point NY d/b/a pricepointny.com, Hamza Jalili, Mohammad Jalili, and Weis Khwaja ("Price Point Defendants") | <u>State</u>: Leslieann Cachola, Colleen K. Faherty, Alex Finkelstein, Wil Handley, Joy K. Mele<br><u>Price Point Defs</u>: Dov Seewald, Ishmael Green, Christopher Palmieri |