Exhibit B
Page 1

| Request # | State Request | Objecting Party[1] |
|---|---|---|
| 4 | To the extent not already produced in Your response to RFP Nos. 2-3, all Documents sufficient to show the units, teams, departments, divisions, and Employees in the following relevant corporate functions: (a) sales and purchases, (b) Marketing and Promotions, Advertisements, publish outreach, and user engagement, including but not limited to technical and website or digital features impacting user engagement, (c) product development and Scientific Research and testing, (d) distribution, (e) accounts and billing, (f) contracts, (g) down stocking and inventory, and (h) shipping and delivery. | YLSN |
| 5 | All Documents and Communications concerning board of director meetings. | YLSN |
| 6 | All Documents and Communications concerning Flavored E-Cigarettes You offer or offered during the Time Period for sale and/or ship or shipped to customers in New York, including brand, name, model number, product code, SKU number, nicotine strength, puff count, unit price, and flavor of each product. | Puff Defs |
| 9 | All Documents and Communications concerning Your purchases of Flavored E-Cigarettes during the Time Period, including the following information: (a) seller's name; (b) seller's telephone number; (c) seller's complete billing address; (d) seller's complete shipping address; (e) date of purchase; (f) date of shipment; (g) description, brand, model number, quantity, flavor, and unit price of each Flavored E-Cigarette purchased; (h) breakdown of total purchase price including shipping and handling fees, discounts applied, and taxes paid; (i) shipping method; (j) package weight; and (k) delivery/shipping provider. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 Safa Puff Defs |
| 10 | All Communications with any Flavored E-Cigarettes competitor, including any Defendant. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 Safa Price Point Defs |
| 12 | All invoices for Flavored E-Cigarettes purchased by You. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 Safa |

[1] Defendants 10 Days, Demand Vape, Magellan, Midwest Goods and SV3 object unless the requests are more "narrowly tailored to New York's claims." Defendant YLSN objects to requests relating to transactions "unrelated to specific New York transactions (e.g. purchases)." Defendant Safa refused the State's request to identify the specific requests to which it refuses to produce responsive documents and communications without limitation but stated it objects in general to requests that do not relate to its "sales and shipments into New York." Price Point Defendants object to the extent responsive documents "involve transactions outside of the State of New York". Mylé Defendants object to requests that are "not limited to the State of New York." Puff Defendants object to requests "unrelated to New York" or "not relevant to claims directed to New York."

Exhibit B
Page 2

|  |  |  |
|---|---|---|
|  |  | Puff Defs |
| 14 | All shipping records, including without limitation invoices, bills of lading, customs bonds, certificates of origin, and shipping labels, for Flavored E-Cigarettes You have purchased. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 Safa Puff Defs |
| 15 | All Documents and Communications concerning Representations You made to any Person Concerning the safety, benefits, potential harms, and other effects of Flavored E-Cigarettes. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 |
| 16 | All Documents and Communications concerning Representations You made to any Person Concerning Your Policies and Procedures, practices, and the efficacy thereof, of age restrictions on the sales of Your Flavored E-Cigarettes. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 |
| 17 | All Documents and Communications between You and Any of the following, including but not limited to contracts and/or Agreements concerning Flavored E-Cigarettes: a. manufacturer; b. trademark holder; c. distributor/wholesaler; d. retailer; e. consumer; f. importer of record; g.exporter; h.buyer and/or consignee of products being imported; i. customs broker; j. fulfillment center, dropshipping supplier, distribution center, or warehouse; k.shipping, transportation, delivery or logistics company; l. age verification service provider; or m.e-commerce platform. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 Safa Price Point Defs Puff Defs |
| 18 | To the extent not produced in response to RFP No. 17, all sourcing, distributor, and digital marketing Agreements, formal, informal, or otherwise. | YLSN 10 Days Demand Vape Magellan Midwest Goods SV3 Safa Price Point Defs |
| 19 | All Documents and Communications to and from You or any board member, officer, or Employee and any vape industry business or trade association or | YLSN 10 Days |

Exhibit B
Page 3

| | | |
|---|---|---|
| | membership group and/or its members concerning safety, compliance, ongoing legal actions, regulatory actions, Marketing and Promotions, sale, and/or distribution of Flavored E-Cigarettes. | Demand Vape Magellan Midwest Goods SV3 Safa Price Point Defs Puff Defs |
| 20 | All Documents and Communications simultaneously sent and/or received to multiple recipients, including group chats or listserv Communications using any platform or service provider, concerning Flavored E-Cigarettes. | YLSN 10 Days Demand Vape Magellan Midwest SV3 Price Point Defs Puff Defs |
| 21 | All Documents and Communications concerning visits or meetings with Your customers or potential customers in New York, including without limitation, distributors/wholesalers and retailers concerning Flavored E-Cigarettes. | Puff Defs |
| 22 | All Documents and Communications concerning visits to or meetings with suppliers or manufacturers or potential suppliers or manufacturers of Your Flavored E-Cigarettes. | YLSN 10 Days Demand Vape Magellan Midwest SV3 Price Point Defs Myle Defs Puff Defs |
| 23 | All Documents and Communications with suppliers and/or manufacturers or potential suppliers or manufacturers of Your Flavored E-Cigarettes. | YLSN 10 Days Demand Vape Magellan Midwest SV3 Price Point Defs Myle Defs Puff Defs |
| 26 | All Documents and Communications with Any other Person(s) concerning sales, territories, regions, and/or particular markets of Flavored E-Cigarettes. | YLSN 10 Days Demand Vape Magellan Midwest SV3 Price Point Defs Myle Defs Puff Defs |
| 27 | All formal or informal Marketing and Promotion and sales plans used by You concerning Your Flavored E-Cigarettes. | YLSN 10 Days |

Exhibit B
Page 4

|  |  | Demand Vape Magellan Midwest SV3 Price Point Defs Puff Defs |
|---|---|---|
| 28 | All Documents and Communications concerning branded and unbranded Advertising materials and Marketing and Promotion materials used by You relating to Any of Your Flavored E-Cigarettes, including without limitation materials prepared for:<br>a. Traditional and digital media outlets and publications (e.g., television, print, radio);<br>b. Internet websites;<br>c. Apps or any application or type of software that can be installed and run on a computer, tablet, smartphone, or other electronic device;<br>d. email;<br>e. Text message or Instant Message;<br>f. Online influencers, including without limitation official or unofficial brand ambassadors;<br>g. Social Media outlets/platforms (e.g., Facebook, Instagram, Twitter, X, YouTube, TikTok, reddit, Twitch, Discord, Bluesky, etc.); and<br>h. Tradeshows or conventions.<br>Your response should include, at a minimum, a copy of each such Advertisement, Marketing and Promotion materials, including documentation showing target audiences, publish and run dates, and final ad result metrics. | YLSN 10 Days Demand Vape Magellan Midwest SV3 Price Point Defs Puff Defs |
| 29 | All Documents and Communications concerning branded apparel, merchandise, or swag related to You or any Flavored E-Cigarette sold by You. | YLSN 10 Days Demand Vape Magellan Midwest SV3 Puff Defs |
| 30 | All Documents and Communications concerning any premarket tobacco product application ("PMTA") submitted to the FDA, as well as any FDA order granting or denying premarket authorization. | 10 Days Demand Vape Magellan Midwest SV3 Puff Defs |
| 31 | All Documents and Communications, including Policies and Procedures concerning:<br>a. Compliance with all federal, state, and local laws Concerning Flavored E-Cigarettes, including but not limited to the PACT Act reporting and registration (15 U.S.C. § 376), delivery sales (15 U.S.C. § 376a), and nonmailable deliveries (18 U.S.C. § 1716E) provisions; FDA regulations on tobacco products that may be legally marketed in the United States; and New York's Public Health Law §§ 1399-bb, 1399-bb-1, 1399-cc, 1399-ll, 1399-mm-1, and 1701; | YLSN 10 Days Demand Vape Magellan Midwest SV3 |

Exhibit B
Page 5

| | | |
|---|---|---|
| | b.  Evaluation of Your customers' compliance with federal, state and local laws in the jurisdictions they sell or offer for sale Your Flavored E-Cigarettes; <br> c.  Age verification; <br> d.  Shipping labels; <br> e.  Scientific Research on Flavored E-Cigarettes; <br> f.  Appeal of Your Flavored E-Cigarettes to youth; <br> g.  Advertising and Marketing and Promotion to youth; <br> h.  Disposal of Flavored E-Cigarettes; <br> i.  Environmental impact of Your Flavored E-Cigarettes; and <br> j.  Third-party relationships, including without limitation advertisers, online influencers, Social Media platforms (e.g., Facebook, Instagram, Twitter, X, YouTube, TikTok, etc.), age verification service providers, and/or manufacturing/shipping/distribution partners. | |
| 32 | All Documents and Communications concerning any Flavored E-Cigarette recycling or buyback program You have or have had at any point during the Time Period. | YLSN |
| 35 | All Documents and Communications concerning complaints and/or grievances received by You concerning Underage Individuals' use of Your Flavored E-Cigarettes. | YLSN <br> 10 Days <br> Demand Vape <br> Magellan <br> Midwest <br> SV3 |
| 36 | All Document requests and/or inquiries from any government or regulatory agency concerning Flavored E-Cigarettes and Your responses thereto. | YLSN <br> 10 Days <br> Demand Vape <br> Magellan <br> Midwest <br> SV3 <br> Puff Defs |
| 43 | All Documents and Communications concerning the Letter from the United States House of Representatives Committee on Energy and Commerce to Patrick Beltran and Nick Minas, dated March 22, 2022, including, but not limited to all Documents and Communications provided to said Committee. | Puff Defs |
| 47 | All Documents and Communications concerning the development, operation, content, and maintenance of the Puff Bar main website, https://puffbar.com. | Puff Defs |
| 97 | All Documents and Communications concerning the registration, assignment, ownership, or use of the Happy Distro trademark. | YLSN |
| 98 | All Documents and Communications concerning the relationship between YLSN Distribution Inc. and the following entities: DKSS Distribution Inc. FT Distro Inc., Happy Global Inc., and Golden Coast Distro Inc. | YLSN |
| 99 | All Documents and Communications with any representative for the manufacturer or foreign distributor of the Geek Bar or Spaceman brands of Flavored E-Cigarettes. | YLSN |
| 100 | All Documents and Communications concerning the role of Happy Distro as a "trusted partner" (as quoted from Your website) with any Flavored E-Cigarette manufacturer, including but not limited to all Documents and | YLSN |

Exhibit B
Page 6

| | | Communications concerning the basis for Happy Distro's claim to be a "trusted partner." | |
|---|---|---|---|
| | 101 | All Documents and Communications concerning Your response (or lack thereof) to FDA enforcement efforts concerning Flavored E-Cigarettes sold or purchased by Happy Distro, including but not limited to (a) March 13, 2025 warning letter to FT Distro Inc.; (b) 2023 FDA import alert for Elf Bar; and (c) October 4, 2024 Letter from Ruben Gallego to Brian King. | YLSN |