USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEOPLE OF THE STATE OF NEW YORK,

      Plaintiff,

    -against-

PUFF BAR, et al.,

      Defendants.

25-CV-01445 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

   The Court will hold an evidentiary hearing on Defendant EVO Brand's motion to dismiss for lack of personal jurisdiction (Dkt. No. 82) on **May 12, 2026**, at **9:00 a.m.** The Court will allot no more than three hours for the hearing, which will take place in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

   In advance of the hearing, and by no later than **May 5, 2026**, each party shall email to the Court and opposing counsel a Microsoft Word document listing all exhibits sought to be admitted at the hearing, as well as copies of each proposed exhibit. The format of the exhibit list and naming conventions for the exhibits are set forth in Section V(D) of this Court's Individual Rules. Each party shall also provide the Court with two sets of tabbed, three-ring binders containing the exhibit list and hard copies of their proposed exhibits.

Dated: April 7, 2026
   New York, New York

           SO ORDERED.

           _____
           MARGARET M. GARNETT
           United States District Judge