UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES,

                     Plaintiff,

        -against-

PUFF BAR et al.,

                    Defendants.
-----------------------------------------------------------------X
THE CITY OF NEW YORK,

                     Plaintiff,

        -against-

PUFF BAR et al.,

                    Defendants.
-----------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff in Case No. 25-CV-1445 requested an adjournment of the settlement conferences sine die pending the resolution of a discovery dispute. See ECF No. 148. Given the prior discussions regarding settlement, the settlement conferences scheduled in both 25-CV-1445 and 25-CV-2850 are hereby adjourned. The parties are directed to file a letter once the discovery issue has been resolved to reschedule the settlement conferences.

The Clerk of Court is respectfully directed to close the motion in Case No. 25-CV-1445 at ECF No. 148.

**SO ORDERED.**

DATED:    New York, New York
          April 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge