UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK, :
by LETITIA JAMES, Attorney General of the
State of New York,

              Plaintiff,          :

                              :        Case No. 1:25-cv-01445-MMG

        -against-          :        Hon. Judge Margaret M. Garnett

EVO BRANDS, LLC, *et al.*        :

              Defendant.    :

------------------------------------X

## NOTICE OF WITHDRAWAL OF EVO BRANDS, LLC FROM DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION

Defendant EVO Brands, LLC ("EVO"), by and through its undersigned counsel, hereby

withdraws its Motion to Dismiss the Complaint for Lack of Jurisdiction (Dkt. No. 82).

This withdrawal is made after consultation with Plaintiff's counsel and in advance of

upcoming deadlines and proceedings to conserve judicial and party resources.

EVO expressly reserves all rights, defenses, and objections, including but not limited to

liability, and damages and nothing herein shall be deemed a waiver of any such rights.

Dated: New York, New York        Respectfully submitted,
April 23, 2026

                                /s/ Mary G. Bielaska

                                Mary G. Bielaska, Esq.
                                Zanicorn Legal, PLLC
                                600 Third Avenue, 2nd Floor
                                New York, NY  10016
                                Phone: (858) 761-2197
                                Email: Mary.bielaska@zanicorn.com

                                *Attorneys for PUFF BAR, EVO BRANDS,*
                                *LLC, PVG2, LLC D/B/A PUFF BAR*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

THE PEOPLE OF THE STATE OF NEW          :
YORK, by LETITIA JAMES, Attorney General
of the State of New York,

             Plaintiff,          :

                        :          Case No. 1:25-cv-01445-MMG

       -against-          :          Hon. Judge Margaret M. Garnett

PUFF BAR, *et al.*          :

             Defendant.          :

---------------------------------X

## AFFIDAVIT OF MARY G. BIELASKA

I, Mary G. Bielaska, Counsel for EVO Brands, LLC, Puff Bar, and PVG2, LLC d/b/a Puff Bar (the "Puff Defendants"), respectfully submit this Affidavit in support of EVO's Motion to Withdraw Its Motion to Dismiss for Lack of Jurisdiction.

1.  Due to (i) financial constraints; (ii) to preserve the integrity of the ongoing discovery process in the above-referenced case as well as the related matter, *City of New York v. Puff Bar et al.*, Case No. 1:25-cv-02850-MMG; and (iii) to preserve remaining resources of the Puff Defendants, the Plaintiff, and the Court for the purpose of supporting a good faith attempt for settlement in the aforementioned cases, the Puff Defendants and their undersigned counsel have determined that it is in the best interests of the parties and this Court for EVO Brands to withdraw its Motion to Dismiss which is calendared for a hearing on May 12, 2026 at 9:00 a.m.

2.  Plaintiff's counsel in this case does not object to the dismissal of EVO Brands' Motion to Dismiss for Lack of Jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 23, 2026

Respectfully submitted,

/s/ Mary G. Bielaska

Mary G. Bielaska, Esq.
Zanicorn Legal, PLLC
600 Third Avenue, 2nd Floor
New York, NY  10016
Phone: (858) 761-2197
Email: Mary.bielaska@zanicorn.com

*Attorneys for PUFF BAR, EVO BRANDS, LLC,*
*PVG2, LLC D/B/A PUFF BAR*

GRANTED.  Defendant EVO Brands LLC's Motion to Dismiss the Complaint for lack of jurisdiction, Dkt. No. 82, is DENIED as moot.

The evidentiary hearing on Defendant's Motion, scheduled for May 12, 2026, is CANCELLED.

SO ORDERED.  Dated April 27, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

2