USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/27/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK, BY
LETITIA JAMES

                              Plaintiff,

            -against-

PUFF BAR et al.,

                              Defendants.

25-CV-01445 (MMG)

**ORDER**

THE CITY OF NEW YORK,

                              Plaintiff,

            -against-

PUFF BAR et al.,

                              Defendants.

25-CV-02850 (MMG)

MARGARET M. GARNETT, United States District Judge:

On April 23, 2026, a conference was held in these two related matters to (1) determine the appropriate timing to brief questions of interpretation of the Prevent All Cigarette Trafficking ("PACT") Act, and (2) address various discovery disputes.

As discussed at the Conference, briefing on the definition of damages under the PACT Act is appropriate. Simultaneous opening briefs of no more than 10 pages shall be filed by **May 7, 2026.** Opposition briefs of no more than 10 pages shall be filed by **May 21, 2026.** The Court will determine whether reply briefs are necessary after opposition briefs are filed and, if so, issue a further scheduling order.

As to discovery, Plaintiffs are ordered to narrow the following requests to ensure they are properly tailored to the claims and defenses at issue: Requests 10, 17, 20, 22, 23, 26, 47, and 99 (using the numbering in the State's requests for production; the City has made similar requests). For their part, Defendants are ordered to provide Plaintiffs with proposed search terms, custodians, and, as helpful, information about how their clients maintain documents. In the meantime, Defendants must promptly comply with any Requests for which it has information or documents readily available. Defendants must also produce to each other all discovery produced to the Plaintiffs; if Defendants have specific concerns about specific documents (or categories of documents) that are not adequately addressed by the Protective Order in place, it may raise those

with the Court.  Defendants are reminded that they must meaningfully engage with the discovery process in good faith, and that failure to do so may result in sanctions.

The schedule for discovery is as follows:

- **May 1, 2026**:
    - Plaintiffs' deadline for narrowing identified Requests.
    - Defendants' deadline for sharing proposals and information for responding to the set of Requests not identified for narrowing by the Court.

- **May 8, 2026**: Defendants' deadline for sharing proposals and information for respoding to the narrowed set of Requests.

- **May 11, 2026-May 15, 2026**: Parties to meet and confer to discuss status of discovery.

- **May 29, 2026**: Deadline for all responsive documents to be produced.

- **June 29, 2026**: Close of fact discovery.

- **July 23, 2026**: Deadline for initial expert disclosures.

- **Wednesday, July 29, 2026 at 9:30 a.m.**: Post-fact discovery conference.

- **August 24, 2026**: Deadline for rebuttal expert disclosures.

- **October 5, 2026**: Close of expert discovery.

Dated:  April 27, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge