**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

THE PEOPLE OF THE STATE OF NEW YORK,

               Plaintiff,

    -against-

PUFF BAR, *et al.*,

               Defendants.

-------------------------------------------------------- X

Case No. 1:25-cv-01445-MMG

**MAGELLAN TECHNOLOGY INC.'S AND ECTO WORLD LLC'S ANSWER**
**AND AFFIRMATIVE DEFENSES TO THE STATE OF NEW YORK'S**
**COMPLAINT (ECF NO. 1) AND JURY DEMAND**

Defendants Magellan Technology Inc. ("Magellan") and Ecto World LLC d/b/a Demand Vape ("Demand Vape") (collectively, "Defendants"), by and through their undersigned counsel, for their answer to the allegations set forth in Plaintiff State of New York's (the "State") Complaint (ECF No. 1), state as follows:

**PRELIMINARY STATEMENT**

1.      Paragraph 1 contains no factual allegations for Defendants to either admit or deny. To the extent that Paragraph 1 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to these allegations and so deny.

2.      Paragraph 2 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 2 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to these allegations and so deny.

3.      Defendants deny the allegations in paragraph 3.

4.      Defendants deny the allegations in paragraph 4.

5.      Defendants deny that "at every turn, each [of their] New York-touching commercial conduct in the Flavored E-Cigarette industry undercuts New York's efforts and law – which must now be enforced to protect the public." Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 5 and so deny.

6.      Defendants deny the allegations in paragraph 6.

7.      Defendants deny the allegations in paragraph 7.

8.      Paragraph 8 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

9.      Paragraph 9 contains no factual allegations for Defendants to either admit or deny, and legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

10.     Defendants deny the allegations in paragraph 10.

## JURISDICTION AND VENUE

11.     Paragraph 11 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

12.     Paragraph 12 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

13.     Paragraph 13 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

## PARTIES

14.     Paragraph 14 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 14 and so deny.

## I.     CORPORATE DEFENDANTS

15.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 and so deny.

16.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 and so deny.

17.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 and so deny.

18.     Defendants admit the allegations in paragraph 18.

19.     Defendants admit the allegations in paragraph 19.

20.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 and so deny.

21.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 and so deny.

22.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 and so deny.

23.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 and so deny.

24.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 and so deny.

25.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 and so deny.

26.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 and so deny.

27.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 and so deny.

## II.    INDIVIDUAL DEFENDANTS

28.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 and so deny.

29.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and so deny.

30.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 and so deny.

## FACTUAL ALLEGATIONS

31.     Defendant Demand Vape admits only that it has sold e-cigarettes to businesses located in the state of New York at some point during the time period of January 1, 2020, to the present. Defendant Magellan admits only that it has sold e-cigarettes to Demand Vape. The remaining allegations in paragraph 31 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

32.     Defendant Demand Vape admits only that it has sold e-cigarettes to businesses located in the state of New York during the time period of January 1, 2020, to present. Defendant Magellan denies that it has sold e-cigarettes to businesses other than Demand Vape. Defendants deny the remaining allegations in paragraph 32.

33.     Defendants admit that some manufacturers of disposable ENDS products are based in China and that such manufacturers sometimes sell their products to distributors in the United States. Defendants deny the remaining allegations in paragraph 33.

34.     Defendants deny the allegations in paragraph 34.

35.      Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 35 and so deny.

36.      Paragraph 36 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 36 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 36 and so deny.

37.      Paragraph 37 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 37 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 37 and so deny.

38.      Paragraph 38 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 38 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 38 and so deny.

39.      Paragraph 39 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 39 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 39 and so deny.

40.      Paragraph 40 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 40 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 40 and so deny.

41.      Defendants deny the allegations in paragraph 41.

42.    Defendants deny the allegations in paragraph 42.

43.    Defendants deny the allegations in paragraph 43.

44.    Defendants deny that they "must be held accountable before they can cause any more harm than they already have." Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 44 and so deny.

45.    Defendants deny the allegations in paragraph 45.

46.    Defendants admit only that an "e-cigarette," "vape," "electronic nicotine delivery system," or "ENDS" uses a battery to heat a nicotine-containing solution (an "e-liquid," "vape juice," or "vape liquid") to create an aerosol inhaled by the user that, unlike a conventional cigarette's smoke, is not generated by combustion. Defendants deny the remaining allegations in paragraph 46.

47.    Defendants admit only that e-liquids typically (but not always) contain nicotine, propylene glycol, and glycerin, and can be formulated to impart tastes similar to tobacco or other flavors, including fruits, candy, and desserts. Defendants deny the remaining allegations in paragraph 47.

48.    Defendants admit only that there are three main categories of e-cigarette devices. Defendants admit that there are cartridge- or pod-based e-cigarettes that use a cartridge or pod pre-filled with e-liquid that is inserted into a rechargeable battery unit. Defendants further admit that once the cartridge or pod is empty, the user replaces the cartridge or pod, and that replacement cartridges and pods can be packaged and sold separately or with the battery unit. Defendants further admit that there are "open-system" e-cigarettes that have an empty tank, changer, or pod that a user manually fills with e-liquid. Defendants further admit that "open-system" e-cigarettes are generally rechargeable, customizable, and intended for reuse, and that the e-liquid is sold

separately. Defendants further admit that disposable e-cigarettes come pre-filled with e-liquid and a charged battery and are ready for use out of the packaging. Defendants further admit that disposable e-cigarettes may be rechargeable and are intended to be disposed of once the e-liquid is depleted. Defendants further admit that there are a variety of disposable e-cigarettes on the U.S. market, with the popularity of particular devices and brands varying over time. Defendants deny the remaining allegations in paragraph 48.

49. Paragraph 49 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 49 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 49 and so deny.

50. Defendants admit that the different types of e-cigarette devices vary in the amount of maintenance required, the method of filling with e-liquid, and the volume of e-liquid they can hold. Defendants further admit that an e-cigarette uses a battery to heat a nicotine-containing e-liquid to create an aerosol inhaled by the user that, unlike a conventional cigarette's smoke, is not generated by combustion. Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 50 and so deny.

51. Defendants admit only that the majority of e-cigarettes contain nicotine. Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 51 and so deny.

52. Paragraph 52 contains no factual allegations for Defendants to either admit or deny. To the extent that paragraph 52 may be construed to contain such factual allegations, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 52 and so deny.

53. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 53 and so deny.

54. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 54 and so deny.

55. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 55 and so deny.

56. Paragraph 56 contains legal conclusions to which no response is required. To the extent a response may be deemed to be required, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 56 and so deny.

57. Paragraph 57 contains legal conclusions to which no response is required. To the extent a response may be deemed to be required, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 57 and so deny.

58. Defendants deny the allegations in paragraph 58.

59. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 59 and so deny.

60. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 60 and so deny.

61. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 61 and so deny.

62. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 62 and so deny.

63. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 63 and so deny.

64.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 64 and so deny.

65.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 65 and so deny.

66.    Defendants deny the allegations in paragraph 66.

67.    Defendants admit that disposable e-cigarettes are a sub-category of e-cigarettes. Defendants deny the remaining allegations in paragraph 67.

68.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 68 and so deny.

69.    Defendants deny that their "offerings follow this recent disturbing preference for highly concentrated nicotine in their Flavored E-Cigarettes marketed and/or sold into New York." Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 69 and so deny.

70.    Defendants admit only that some e-cigarettes are advertised and priced based on the approximate number of "puffs" need to deplete the e-liquid. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 70 and so deny.

71.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 71 and so deny.

72.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 72 and so deny.

73.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 73 and so deny.

74. Paragraph 74 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

75. Defendants deny the allegations in paragraph 75.

76. Defendants admit only that Demand Vape has sold the Geek Bar Pulse. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 76 and so deny.

77. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 77 and so deny.

78. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 78 and so deny.

79. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 79 and so deny.

80. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 80 and so deny.

81. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 81 and so deny.

82. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 82 and so deny.

83. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 83 and so deny.

84. Defendants deny that it "has significantly interfered with public health." Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 84 and so deny.

85.     Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 85 and so deny.

86.     Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 86 and so deny.

87.     Defendants deny the allegations in paragraph 87.

88.     Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 88 and so deny.

89.     Defendants deny that they have "contributed significantly to reciprocally high sales rates of Flavored E-Cigarettes in New York, particularly Disposable Vapes." Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 89 and so deny.

90.     Defendants deny the allegations in paragraph 90.

91.     Defendants deny the allegations in paragraph 91.

92.     Paragraph 92 contains no factual allegations for Defendants to either admit or deny, and legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

93.     Paragraph 93 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

94.     Paragraph 94 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

95.     Paragraph 95 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

96.      Paragraph 96 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

97.      Paragraph 97 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

98.      Paragraph 98 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

99.      Paragraph 99 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

100.     Paragraph 100 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

101.     Paragraph 101 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

102.     Paragraph 102 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

103.     Paragraph 103 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

104.     Paragraph 104 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

105.     Paragraph 105 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

106.     Paragraph 106 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

107.    Paragraph 107 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

108.    Paragraph 108 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

109.    Paragraph 109 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

110.    Paragraph 110 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

111.    Paragraph 111 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

112.    Paragraph 112 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

113.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 113 and so deny.

114.    Paragraph 114 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

115.    Paragraph 115 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

116.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116 and so deny.

117.    Paragraph 117 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

118.    Paragraph 118 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

119.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 119 and so deny.

120.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 120 and so deny.

121.    Paragraph 121 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

122.    Paragraph 122 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

123.    Paragraph 123 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

124.    Paragraph 124 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

125.    Paragraph 125 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

126.    Paragraph 126 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

127.    Paragraph 127 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

128.    Paragraph 128 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

129.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 129 and so deny.

130.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 130 and so deny.

131.    Paragraph 131 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

132.    Paragraph 132 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

133.    Paragraph 133 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

134.    Paragraph 134 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

135.    Paragraph 135 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

136.    Paragraph 136 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

137.    Paragraph 137 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

138.    Defendants admit only that they did not submit an ingredient disclosure to the State of New York. Defendants further state that paragraph 138 contains legal conclusions to which no response is required, and that it lacks knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 138 and so deny.

139. Defendants admit only that they did not submit an ingredient disclosure to the State of New York. Defendants further state paragraph 139 contains legal conclusions to which no response is required, and that it lacks knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 139 and so deny.

140. Paragraph 140 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

141. Paragraph 141 contains no factual allegations for Defendants to either admit or deny, and legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

142. Paragraph 142 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

143. Paragraph 143 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

144. Paragraph 144 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

145. Paragraph 145 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

146. Paragraph 146 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

147. Paragraph 147 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

148. Paragraph 148 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

149.    Paragraph 149 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

150.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 150 and so deny.

151.    Paragraph 151 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

152.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152 and so deny.

153.    Defendants admit only that they have received warning letters from FDA for e-cigarettes they have has sold in the past. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 153, or the remaining allegations in paragraph 153 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

154.    Defendants deny the allegations in paragraph 154.

155.    Paragraph 155 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

156.    Defendants deny that they individually or collectively control which Disposable Vapes "appear in New York's vape shops, smoke shops, and at the doorstep of New York residences." Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 156 and so deny.

157.    Defendants admit only that most manufacturers of e-cigarettes are based in China. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 157 and so deny.

158. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 158 and so deny.

159. Defendants admit only that China-based manufacturers generally sell their products to distributors in the United States. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 159 and so deny.

160. Defendants admit only that Defendant Magellan serves as the purchaser of products and subsequently transfers the products to Demand Vape who has sold certain e-cigarettes to Defendants Midwest Goods, Safa Goods, Price Point, and Mi-One. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 160 and so deny.

161. Defendants admit only that Magellan has purchased Geekvape products. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 161 and so deny.

162. Defendants deny the allegations in paragraph 162.

163. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163 and so deny.

164. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164 and so deny.

165. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165 and so deny.

166. Defendants deny the allegations in paragraph 166.

167. Defendants admit only that they have been involved in contested litigation initiated by Big Tobacco companies. Defendants deny the remaining allegations in paragraph 167.

168.    Paragraph 168 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

169.    Paragraph 169 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

170.    Paragraph 170 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

171.    Defendants deny the allegations in paragraph 171.

172.    Defendants deny the allegations in paragraph 172.

173.    Paragraph 173 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

A.    **The Puff Defendants**

174.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 174 and so deny.

175.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 175 and so deny.

176.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 176 and so deny.

177.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 177 and so deny.

178.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 178 and so deny.

179.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 179 and so deny.

180. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 180 and so deny.

181. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 181 and so deny.

182. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 182 and so deny.

183. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 183 and so deny.

184. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 184 and so deny.

185. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 185 and so deny.

186. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 186 and so deny.

187. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 187 and so deny.

188. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 188 and so deny.

189. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 189 and so deny.

190. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 190 and so deny.

191.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 191 and so deny.

192.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 192 and so deny.

193.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 193 and so deny.

194.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 194 and so deny.

195.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 195 and so deny.

196.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 196 and so deny.

197.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 197 and so deny.

198.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 198 and so deny.

199.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 199 and so deny.

200.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 200 and so deny.

201.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 201 and so deny.

202.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 202 and so deny.

203.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 203 and so deny.

204.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 204 and so deny.

205.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 205 and so deny.

206.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 206 and so deny.

207.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 207 and so deny.

208.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 208 and so deny.

209.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 209 and so deny.

210.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 210 and so deny.

211.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 211 and so deny.

212.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 212 and so deny.

213.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 213 and so deny.

214.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 214 and so deny.

215.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 215 and so deny.

216.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 216 and so deny.

217.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 217 and so deny.

218.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 218 and so deny.

219.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 219 and so deny.

220.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 220 and so deny.

221.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 221 and so deny.

222.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 222 and so deny.

223.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 223 and so deny.

224.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 224 and so deny.

225.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 225 and so deny.

226.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 226 and so deny.

227.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 227 and so deny.

228.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 228 and so deny.

229.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 229 and so deny.

230.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 230 and so deny.

### B.  THE DEMAND Defendants

231.    Defendants admit only that they are corporate affiliates who distribute Flavored E-Cigarettes, including Disposable Vapes. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 231 and so deny.

232.    Defendants admit only that Demand Vape at one point in time has sold to e-cigarette distributors, wholesalers, and retailers in New York. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 232 and so deny.

233.    Defendant admits that Demand Vape has sold the products identified in paragraph 233.

234.    Defendants admit the allegations in paragraph 234 except as to the allegations that Magellan imports or causes to be imported from China. These allegations in paragraph 234 contain legal conclusions to which no response is required.

235.    Defendants admit only that they are affiliates. The remaining allegations in paragraph 235 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

236.    Defendants admit the allegations in paragraph 236.

237.    Defendants admit the allegations in paragraph 237.

238.    Defendants admit only that Demand Vape's product portfolio includes approximately 8,000 or more SKU codes. The remaining allegations in paragraph 238 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

239.    Defendants admit only that they distributes e-cigarettes that are sold in a variety of flavors. The remaining allegations in paragraph 239 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

240.    Defendants admit only that Jon Glauser has visited China ands lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 240 and so deny.

241.    Defendants admit only that Jon Glauser has attended trade shows and vape shops. Defendants deny the remaining allegations in paragraph 241.

242.    Defendants admit only that the quoted language comes from the source in footnote 141. Defendants deny the remaining allegations in paragraph 242.

243.    Defendants admit the allegations in paragraph 243.

244. Defendants admit that Demand Vape started distributing the Elf Bar brand in October 2021. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 244 and so deny.

245. Defendants admit the allegations in paragraph 245.

246. Defendants admit only that some Hyde and Elfbar-branded e-cigarettes are offered as disposable e-cigarettes. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 246 and so deny.

247. Defendants admit only that the quoted language comes from the source in footnote 142. Defendants deny the remaining allegations in paragraph 247.

248. Defendants admit only that the quoted language comes from the source in footnote 143. Defendants deny the remaining allegations in paragraph 248.

249. Defendants admit only that their business has increased. Defendants deny the remaining allegations paragraph 249.

250. Defendants admit that they purchased the two warehouses in Cheektowaga, New York and are tenants at the warehouse in Buffalo, New York that are referenced in paragraph 250.

251. Defendants admit the allegations in paragraph 251.

252. Defendants admit that they are the master distributor of Hyde and Juno products that are manufactured in China. Defendants also admit Magellan generally purchases and imports products. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 252, which contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

253. Defendants admit that they distribute a number of different e-cigarette products that are manufactured in China. Defendants lack knowledge or information sufficient to form a belief

as to truth of the remaining allegations in paragraph 238, which contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

254.    Defendants admit only that the quoted language comes from the source in footnote 146. Defendants deny the remaining allegations in paragraph 254.

255.    Defendant Magellan admits only that it purchases e-cigarettes from manufacturers in China. Defendant Demand Vape admits only that it sells e-cigarettes to distributors, wholesalers, and retailers in the United States. Defendants deny the remaining allegations in paragraph 255.

256.    Defendants admit only that manufacturers provide product samples, product images, and marketing and promotional material. Defendants deny the remaining allegations in paragraph 256.

257.    Defendants admit that Demand Vape is listed on the Spaceman Instagram post that is pasted into the body of paragraph 257 and that Demand Vape attended the 2024 Champs Trade Show in Las Vegas. Defendants deny the remaining allegations in paragraph 257.

258.    Paragraph 258 contains legal conclusions to which no responses is required. To the extent a response is deemed to be required, Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 258 and so deny.

259.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 259 and so deny.

260.    Defendants admit only that it attended the 2024 Champs Trade Show in Atlantic City and the 2024 Champs Trade Show in Las Vegas. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 260 and so deny.

27

261.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 261 and so deny.

262.    Defendants admit only that the quoted language comes from the source in footnote 146. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 262 and so deny.

263.    Defendants admit that Demand Vape has customers located in New York. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 263 and so deny.

264.    Paragraph 264 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

265.    Defendant Demand Vape admits only that it has sold e-cigarettes to distributors, wholesalers, and retailers in New York. The remaining allegations in paragraph 265 contain legal conclusions to which no response is required. To the extent a response may be deemed required, Defendants deny.

266.    Demand Vape admits that at one point in time it sold e-cigarettes to retailers in New York. Defendants deny the remaining allegations in paragraph 266.

267.    Paragraph 267 contains legal conclusions to which no response is required. To the extent a response may be deemed to be required, Defendants deny.

268.    Paragraph 268 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendant denies.

269.    Defendant Demand Vape admits only that it has sold e-cigarettes to distributors, wholesalers, and retailers in New York. The remaining allegations contain legal conclusions to

which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

270.    Paragraph 270 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

271.    Defendants admit that at one point in time the quoted language appeared on demandvape.com. The remaining allegations of paragraph 271 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

272.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 272 and so deny.

273.    Magellan admits only that at one point in time it purchased e-cigarettes from Happy Distro. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 273, and so deny.

274.    Defendants admit only that Demand Vape has sold e-cigarettes through the Internet website https://www.demandvape.com. Defendants deny the remaining allegations in paragraph 274.

275.    Defendants lack knowledge or information sufficient form a belief as to the truth of the allegations in paragraph 275 and so deny.

276.    Defendant Demand Vape admits only that it has offered certain promotions or discounts to distributor, wholesaler, and retailer customers. Defendants deny the remaining allegations in paragraph 276.

277.    Defendant Demand Vape admits only that it has advertised disposable e-cigarettes on its website. Defendants deny the remaining allegations in paragraph 277.

278.    Defendant Demand Vape admits only that it has advertised e-cigarettes in a variety of flavors and merchandise available to distributors, wholesalers, and retailers. Defendants deny the remaining allegations in  paragraph 278.

279.    Paragraph 279 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

280.    Defendants admit only that the website https://www.HydeDisposables.com provides information regarding Hyde-branded e-cigarettes. Defendants deny the remaining allegations in paragraph 280.

281.    Defendants deny the allegations in paragraph 281.

282.    Defendants admit that Demand Vape has sold Raz-branded e-cigarettes. Defendants deny the remaining allegations in paragraph 282.

283.    Defendants admit only that they have sold Disposable Vapes that have not been granted premarket authorization by FDA. The remaining allegations of Paragraph 283 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

284.    Defendants admit only that the quoted language comes from the source in footnote 152. The remaining allegations of Paragraph 284 contain legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

285.    Defendants admit that paragraph 285 cites an FDA Warning Letter and documents from a publicly-available website. This document speaks for itself. The remaining allegations in paragraph 285 contain legal conclusions to which no response is required, to the extent a response may be deemed to be required, Defendants deny.

286.    Defendants deny the allegations in paragraph 286.

287.    Paragraph 287 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

**C.    Happy Distro**

288.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 288 and so deny.

289.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 289 and so deny.

290.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 290 and so deny.

291.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 291 and so deny.

292.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 292 and so deny.

293.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 293 and so deny.

294.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 294 and so deny.

295.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 295 and so deny.

296.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 296 and so deny.

297.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 297 and so deny.

298. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 298 and so deny.

299. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 299 and so deny.

300. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 300 and so deny.

301. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 301 and so deny.

302. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 302 and so deny.

303. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 303 and so deny.

304. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 304 and so deny.

305. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 305 and so deny.

306. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 306 and so deny.

307. Defendants deny that Demand Vape has purchased product from Happy Distro. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 307 and so deny.

308. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 308 and so deny.

32

309.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 309 and so deny.

310.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 310 and so deny.

311.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 311 and so deny.

312.    Defendants deny that Demand Vape has purchased product from Happy Distro. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 312 and so deny.

313.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 313 and so deny.

314.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 314 and so deny.

315.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 315 and so deny.

316.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 316 and so deny.

317.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 317 and so deny.

318.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 318 and so deny.

319.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 319 and so deny.

### D.  Midwest Goods

320.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 320 and so deny.

321.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 321 and so deny.

322.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 322 and so deny.

323.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 323 and so deny.

324.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 324 and so deny.

325.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 325 and so deny.

326.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 326 and so deny.

327.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 327 and so deny.

328.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 328 and so deny.

329.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 329 and so deny.

330.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 330 and so deny.

331.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 331 and so deny.

332.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 332 and so deny.

333.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 333 and so deny.

334.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 334 and so deny.

335.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 335 and so deny.

336.    Defendants admit only that Demand Vape is listed as partner at the source in footnote 174. Defendants lack knowledge or information sufficient to form a belief as to truth of the remaining allegations in paragraph 336 and so deny.

337.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 337 and so deny.

338.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 338 and so deny.

339.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 339 and so deny.

340.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 340 and so deny.

341.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 341 and so deny.

342.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 342 and so deny.

343.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 343 and so deny.

344.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 344 and so deny.

345.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 345 and so deny.

346.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 346 and so deny.

347.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 347 and so deny.

348.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 348 and so deny.

349.    Defendants admit that Demand Vape sold certain Flavored E-Cigarettes to Midwest Goods. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 349 and so deny.

350.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 350 and so deny.

351.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 351 and so deny.

352.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 352 and so deny.

353.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 353 and so deny.

354.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 354 and so deny.

355.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 355 and so deny.

356.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 356 and so deny.

357.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 357 and so deny.

358.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 358 and so deny

### E.  Pod Juice

359.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 359 and so deny.

360.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 360 and so deny.

361.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 361 and so deny.

362.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 362 and so deny.

363.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 363 and so deny.

364.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 364 and so deny.

365.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 365 and so deny.

366.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 366 and so deny.

367.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 367 and so deny.

368.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 368 and so deny.

369.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 369 and so deny.

370.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 370 and so deny.

371.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 371 and so deny.

372.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 372 and so deny.

373.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 373 and so deny.

374.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 374 and so deny.

375. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 375 and so deny.

376. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 376 and so deny.

377. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 377 and so deny.

378. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 378 and so deny.

379. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 379 and so deny.

380. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 380 and so deny.

381. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 381 and so deny.

382. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 382 and so deny.

383. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 383 and so deny.

384. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 384 and so deny.

385. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 385 and so deny.

386. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 386 and so deny.

387. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 387 and so deny.

388. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 388 and so deny.

389. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 389 and so deny.

390. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 390 and so deny

**F. Safa Goods**

391. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 391 and so deny.

392. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 392 and so deny.

393. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 393 and so deny.

394. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 394 and so deny.

395. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 395 and so deny.

396. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 396 and so deny.

397.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 397 and so deny.

398.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 398 and so deny.

399.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 399 and so deny.

400.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 400 and so deny.

401.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 401 and so deny.

402.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 402 and so deny.

403.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 403 and so deny.

404.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 404 and so deny.

405.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 405 and so deny.

406.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 406 and so deny.

407.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 407 and so deny.

408.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 408 and so deny.

409.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 409 and so deny

### G.  Mi-One

410.     Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 410 and so deny.

411.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 411 and so deny.

412.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 412 and so deny.

413.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 413 and so deny.

414.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 14 and so deny.

415.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 415 and so deny.

416.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 416 and so deny.

417.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 417 and so deny.

418.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 418 and so deny.

419.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 419 and so deny.

420.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 420 and so deny.

421.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 421 and so deny.

422.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 422 and so deny.

423.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 423 and so deny.

424.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 424 and so deny.

425.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 425 and so deny.

426.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 426 and so deny.

427.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 427 and so deny.

428.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 428 and so deny.

429.    Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 429 and so deny.

430. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 430 and so deny.

431. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 431 and so deny.

432. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 432 and so deny.

433. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 433 and so deny.

434. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 434 and so deny.

435. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 435 and so deny.

436. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 436 and so deny.

### H. Mylé

437. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 437 and so deny.

438. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 438 and so deny.

439. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 439 and so deny.

440. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 440 and so deny.

441.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 441 and so deny.

442.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 442 and so deny.

443.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 443 and so deny.

444.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 444 and so deny.

445.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 445 and so deny.

446.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 446 and so deny.

447.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 447 and so deny.

448.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 448 and so deny.

449.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 449 and so deny.

450.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 450 and so deny.

451.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 451 and so deny.

452. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 452 and so deny.

453. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 453 and so deny.

454. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 454 and so deny.

455. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 455 and so deny.

456. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 456 and so deny.

457. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 457 and so deny.

458. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 458 and so deny.

459. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 459 and so deny.

460. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 460 and so deny.

461. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 461 and so deny.

462. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 462 and so deny.

463.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 463 and so deny.

464.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 464 and so deny.

465.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 465 and so deny.

## I.   Price Point

466.     Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 466 and so deny.

467.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 467 and so deny.

468.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 468 and so deny.

469.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 469 and so deny.

470.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 470 and so deny.

471.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 471 and so deny.

472.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 472 and so deny.

473.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 473 and so deny.

474.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 474 and so deny.

475.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 475 and so deny.

476.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 476 and so deny.

477.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 477 and so deny.

478.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 478 and so deny.

479.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 479 and so deny.

480.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 480 and so deny.

481.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 481 and so deny.

482.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 482 and so deny.

483.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 483 and so deny.

484.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 484 and so deny.

485. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 485 and so deny.

486. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 486 and so deny.

487. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 487 and so deny.

488. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 488 and so deny.

489. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 489 and so deny.

490. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 490 and so deny.

491. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 491 and so deny.

492. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 492 and so deny.

493. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 493 and so deny.

494. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 494 and so deny.

495. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 495 and so deny.

496.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 496 and so deny.

## J.    The Relationship Between Defendants

497.    Defendants admit only that Demand Vape has sold e-cigarettes to Defendants Safa Goods, Price Point, Midwest Goods. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 497 and so deny

498.    Defendants deny the allegations in paragraph 498.

499.    Defendants deny the allegations in paragraph 499.

500.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 500 and so deny.

501.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 501 and so deny.

502.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 502 and so deny.

503.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 503 and so deny.

504.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 504 and so deny.

505.    Defendants deny the allegations in paragraph 505.

506.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 506 and so deny.

507.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 507 and so deny.

508.    Defendants deny the allegations in paragraph 508.

509.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 509 and so deny.

510.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 510 and so deny.

511.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 511 and so deny.

512.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 512 and so deny.

513.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 513 and so deny.

514.    Defendants deny the allegations in paragraph 514.

515.    Paragraph 515 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

516.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 516 and so deny.

517.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 517 and so deny.

518.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 518 and so deny.

519.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 519 and so deny.

520.    Defendants deny the allegations in paragraph 520.

521.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 521 and so deny.

522.    Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 522 and so deny.

523.    Defendants deny the allegations in paragraph 523.

524.    Defendants deny the allegations in paragraph 524.

525.    Defendants deny the allegations in that last sentence of paragraph 525. Defendants lack knowledge or information sufficient to form a belief as to truth of the allegations in paragraph 525 and so deny.

526.    Defendants deny the allegations in paragraph 526.

## FIRST CAUSE OF ACTION

527.    Defendants incorporate by reference herein its responses to Paragraphs 1-526, above, as if fully set forth herein.

528.    Paragraph 528 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

529.    Paragraph 529 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

530.    Paragraph 530 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

531.    Paragraph 531 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

## SECOND CAUSE OF ACTION

532.     Defendants incorporate by reference herein its responses to Paragraphs 1-531, above, as if fully set forth herein.

533.     Paragraph 533 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

534.     Paragraph 534 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

535.     Paragraph 535 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

536.     Paragraph 536 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

537.     Paragraph 537 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

## THIRD CAUSE OF ACTION

538.     Defendants incorporate by reference herein its responses to Paragraphs 1-537, above, as if fully set forth herein.

539.     Paragraph 539 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

540.     Paragraph 540 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

541.     Paragraph 541 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

542.     Paragraph 542 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

543.    Paragraph 543 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

544.    Paragraph 544 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

545.    Paragraph 545 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

**FOURTH CAUSE OF ACTION**

546.    Defendants incorporate by reference herein its responses to Paragraphs 1-545, above, as if fully set forth herein.

547.    Paragraph 547 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

548.    Paragraph 548 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

549.    Paragraph 549 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

550.    Paragraph 550 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

551.    Paragraph 551 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

552.    Paragraph 552 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

553.    Paragraph 553 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

554.    Paragraph 554 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

555.    Paragraph 555 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

556.    Paragraph 556 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

## FIFTH CAUSE OF ACTION

557.    Defendants incorporate by reference herein its responses to Paragraphs 1-556, above, as if fully set forth herein.

558.    Paragraph 558 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

559.    Paragraph 559 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

560.    Paragraph 560 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

561.    Paragraph 561 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

562.    Paragraph 562 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

563.    Paragraph 563 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

564.    Paragraph 564 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

565.    Paragraph 565 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

## SIXTH CAUSE OF ACTION

566.    Defendants incorporate by reference herein its responses to Paragraphs 1-565, above, as if fully set forth herein.

567.    Paragraph 567 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

568.    Paragraph 568 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

569.    Paragraph 569 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

570.    Paragraph 570 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

571.    Paragraph 571 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

572.    Paragraph 572 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

## SEVENTH CAUSE OF ACTION

573.    Defendants incorporate by reference herein its responses to Paragraphs 1-572, above, as if fully set forth herein.

574.    Paragraph 574 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

575.    Paragraph 575 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

576.    Paragraph 576 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

577.    Paragraph 577 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

578.    Paragraph 578 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Defendants deny.

## EIGHTH CAUSE OF ACTION

579.    Plaintiff's Eighth Cause of Action has been dismissed. As such, no response is required to paragraph 579 of the Complaint.

580.    Plaintiff's Eighth Cause of Action has been dismissed. As such, no response is required to paragraph 581 of the Complaint.

581.    Plaintiff's Eighth Cause of Action has been dismissed. As such, no response is required to paragraph 581 of the Complaint.

582.    Plaintiff's Eighth Cause of Action has been dismissed. As such, no response is required to paragraph 582 of the Complaint.

## NINTH CAUSE OF ACTION

583.    Plaintiff's Ninth Cause of Action has been dismissed. As such, no response is required to paragraph 583 of the Complaint.

584.    Plaintiff's Ninth Cause of Action has been dismissed. As such, no response is required to paragraph 584 of the Complaint.

585.    Plaintiff's Ninth Cause of Action has been dismissed. As such, no response is required to paragraph 585 of the Complaint.

586.    Plaintiff's Ninth Cause of Action has been dismissed. As such, no response is required to paragraph 586 of the Complaint.

## DEMAND FOR JURY TRIAL

587.    Defendants respectfully request a trial by jury on all issues so triable raised in Plaintiff's Complaint and on Defendant's affirmative defenses.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any of the relief it seeks in its Prayer for Relief, including paragraphs 1-11.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses without conceding that they bear the burden of proof as to any of the defenses pled. Defendants reserve the right to assert any additional affirmative defenses as they become known.

1.    The State's Complaint fails to state a claim upon which relief may be granted.

2.    The State lacks Article III and/or statutory standing for one or more of its claims.

3.    This Court is an improper venue and/or another district would be a more convenient venue.

4.    The claims and defendants in this case are improperly joined.

5.    The State's claims are barred by equitable doctrines of acquiescence, waiver, estoppel, and/or laches.

6.    The State's claims are barred because Defendants' conduct has not caused any harm to the State and/or one or more intervening causes led to the harm of which the State complains.

7.    There is no direct or proximate causal relationship between any conduct of Defendants and any harm of which the State complains.

8.    Any harm alleged by the State was caused, in whole or in part, by the acts or omissions of third parties over whom Defendants have no control.

9.    To the extent Defendants violated any law or regulation, such violations were not knowing, willful, or intentional.

10.    The State has failed to mitigate its alleged damages.

11.    The State's conduct, including its facially contradictory interpretations and applications of its own and New York City statutes and/or regulations, and federal statutes and/or regulation, is arbitrary, capricious, and undertaken in bad faith.

12.    The State is not entitled to one or more forms of the relief that it requests.

13.    The State's claims are barred in whole or in part by the applicable statute(s) of limitations.

14.    The State's claims are barred in whole or in part because its alleged injury and damages are speculative and cannot be ascertained and/or allocated with reasonable certainty.

15.    The State's claims and alleged damages are subject to set-off and/or offset.

16.    The State is not entitled to any equitable relief because it would have an adequate remedy at law.

17.    The State's claims are preempted, in whole or part, by federal law.

18.    The State's claims are barred to the extent they seek to impose liability based on constitutionally protected speech under the First Amendment.

19.    Defendants hereby adopt any and all additional or other affirmative defenses pled by any other Defendant in this action, and reserves the right to amend its Answer to allege

59

additional affirmative defenses in the event Defendants discover additional information that indicates such additional defenses are appropriate.

Date: April 30, 2026                                  Respectfully submitted,

                                                     THOMPSON HINE LLP

                                          By: __ /s/ Eric N. Heyer _____
                                             Eric N. Heyer (*admitted pro hac vice*)
                                             Joseph A. Smith (*admitted pro hac vice*)
                                             Ryan D. Callinan
                                             1919 M Street, NW, Suite 700
                                             Washington, DC 20036
                                             Phone: (202) 263-4128
                                             Fax: (202) 331-8330
                                             Eric.Heyer@thompsonhine.com
                                             Joe.Smith@thompsonhine.com
                                             Ryan.Callinan@thompsonhine.com

                                             *Counsel for Defendants Magellan Technology Inc.*
                                             *and Ecto World LLC d/b/a Demand Vape*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2026, I filed the foregoing Answer via the Court's CM/ECF system, causing copies to be served upon all counsel of record.


        /s/ Eric N. Heyer     
        Eric N. Heyer