UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

THE PEOPLE OF THE STATE OF NEW YORK by
Letitia James,

                              Plaintiffs,

        -against-

PUFF BAR, et al.,

                              Defendants.

25-CV-01445 (MMG)
25-CV-02850 (MMG)

**ORDER**

THE CITY OF NEW YORK,

                              Plaintiff,

        -against-

PUFF BAR et al.,

                              Defendants.

MARGARET M. GARNETT, United States District Judge:

Christopher Dalton of Buchanan Ingersoll & Rooney PC ("Buchanan") has moved to withdraw as counsel for Defendants MYLÉ Vape Inc. and MVH I ("Defendants"). *See* Case No. 25-CV-01445, Dkt. No. 165; Case No. 25-CV-02850, Dkt. No. 94. Mr. Dalton cites "professional considerations" that implicate Rules of Professional Conduct 1.2, 1.5, and 1.16(a), but otherwise provides insufficient information for the Court to rule on his Motion. *See* 25-CV-01445, Dkt. Nos. 165-1, 165-2; 25-CV-02850, Dkt. Nos. 94-1, 94-2.

Mr. Dalton is ORDERED to submit a supplemental affirmation by **May 14, 2026**, setting forth the specific reasons underlying the Motion. Counsel may file the supplemental affirmation under seal or, if he believes that filing the affirmation may prejudice Defendants, may submit directly to the Court for *in camera* review by emailing the supplemental affirmation to GarnettNYSDChambers@nysd.uscourts.gov.

Buchanan is further ORDERED to serve Defendants with this Order and the underlying papers, via both electronic mail and a mail delivery service that provides proof of delivery, and to file proof of service on the docket. Service shall be made by **May 7, 2026**, with proof filed by **May 11, 2026.**

Defendants may file an opposition to this Motion by **May 28, 2026,** if they wish to oppose Mr. Dalton and Buchanan's request to withdraw. Any reply shall be due by **June 4,**

**2026.** Should Defendants encounter any technical issues with filing an opposition, Buchanan is directed to assist Defendants.

Dated: May 5, 2026
   New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge