USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/3/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEOPLE OF THE STATE OF NEW YORK, BY
LETITIA JAMES

                              Plaintiff,

                  -against-

PUFF BAR et al.,

                              Defendants.

---

25-CV-01445 (MMG)

**ORDER**

---

THE CITY OF NEW YORK,

                              Plaintiff,

                  -against-

PUFF BAR et al.,

                              Defendants.

---

25-CV-02850 (MMG)

---

MARGARET M. GARNETT, United States District Judge:

On April 27, 2026, the Court set the operative discovery schedule. *See* Dkt. No. 155 in case no. 25-cv-01445, Dkt. No. 93 in case no. 25-cv-02850.

On May 29, 2026, Defendants requested a 30-day extension to complete production of documents responsive to the State's and City's First Requests of Production, and a 60-day extension of the remaining fact and expert discovery deadlines, citing technical impracticality with meeting the current deadline. *See* Dkt. No. 181 in case no. 25-cv-01445, Dkt. No. 113 in case no. 25-cv-02850.

Defendants are referred to Judge Garnett's Individual Rules & Practices, which state that any non-emergency request for an extension of a deadline is to be made at least **two business days** prior to the original due date. If a party must request an extension within the two-day window, that party should also alert Chambers to the filing by email, following the procedures pertaining to email communications with the Court detailed in Individual Rule I(B)(3), clearly stating the nature of the emergency.

Further, the Court has repeatedly extended discovery deadlines, *see* Dkt. Nos. 129, 155 in case no. 25-cv-01445, Dkt. Nos. 79, 93 in case no. 25-cv-02850, and has previously admonished Defendants for failing to participate in discovery in good faith, including at our April 27, 2026

conference, which was held in part to address Defendants' noncompliance.  All parties are on notice that the Court will entertain a motion for monetary sanctions should Defendants continue to flout their discovery obligations and this Court's orders.

Because Plaintiffs do not object to the requested extension, and because the Court recognizes the technical difficulties associated with large productions, it will grant this extension. Defendants are expected to complete discovery on the timeline set forth below:

- **June 29, 2026**: Defendants' production due.

- **August 28, 2026**: Close of fact discovery.

- **September 21, 2026**: Initial expert disclosures due.

- **October 23, 2026**: Rebuttal expert disclosures due.

- **December 4, 2026**: Close of expert discovery.

- The conferences currently scheduled for June 17, 2026 and July 29, 2026 are ADJOURNED to **Wednesday, September 30, 2026** at **9:30 a.m.**

The parties are further ORDERED to submit a joint status update by no later than **June 15, 2026**, updating the Court on the status of Defendants' document productions and Defendants' plan for completing those productions in accordance with the schedule above.

Dated: June 3, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2