

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

July 20, 2026

*Via ECF*

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

>Re:    *State of New York v. Puff Bar, et al.*, Civil Action No. 25-cv-1445-MMG
>Status of State Agency Document Productions Pursuant to Subpoenas and State's
>Document Production

Dear Judge Garnett:

Pursuant to your July 6, 2026 order (ECF No. 196), the undersigned counsel respectfully submit, on behalf of our clients Ecto World LLC d/b/a Demand Vape, Magellan Technology, Inc., Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, and Safa Goods LLC, SV3 LLC, and on behalf of all other defendants (collectively, "Defendants"), this status report regarding the "status of the State Plaintiff's and the state agencies' productions."

As of this date, there are two New York state agencies from which productions in response to subpoenas served in early March 2026 remain outstanding. The New York Department of Health has committed to complete its production by today, July 20, 2026, and to provide its full privilege log on or before July 24, 2026. The New York Department of Taxation and Finance has committed to complete its production and provide a full privilege log on or before July 31, 2026. Once the productions are complete and Defendants have received the privilege logs, Defendants anticipate that additional meet-and-confers may be needed, along with potential letter motions practice, in the event that the state agencies attempt to improperly claim deliberative process privilege on documents they are not entitled to withhold from production.

Defendants have also received as recently as today additional documents from the Attorney General's Office, but have not yet had a chance to review those documents to determine whether they may be responsive to the requests for production or initial disclosure requirements related to remedies that Defendants consider to be outstanding. Defendants anticipate that an additional meet-and-confer may be needed with the State once Defendants have a chance to review this supplemental production. Counsel for Magellan Technology, Inc. and Ecto World LLC d/b/a Demand Vape are also meeting and conferring with the State tomorrow regarding the State's objections served last week to these Defendants' second set of interrogatories that include several interrogatories relating to the State's claimed damages and remedies.

Eric.Heyer@thompsonhine.com   Fax: 202.331.8330   Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W., Suite 700
Washington, D.C. 20036

www.ThompsonHine.com
O:  202.331.8800
F:  202.331.8330



July 20, 2026
Page 2

Defendants do not believe that any intervention is required by the Court on any of these issues at this time, but reserve the right to submit a letter motion on any issues that cannot be resolved through further efforts to meet and confer with the State.

Respectfully submitted,

*/s/ Eric N. Heyer*
Eric N. Heyer
Joseph A. Smith
James C. Fraser
Anna M. Stressenger
Ryan D. Callinan
Irvin Hernandez
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
T: 202-331-8800
F: 202-331-8330
eric.heyer@thompsonhine.com
joe.smith@thompsonhine.com
james.fraser@thompsonhine.com
anna.stressenger@thompsonhine.com
ryan.callinan@thompsonhine.com
irvin.hernandez@thompsonhine.com

*Counsel for Ecto World LLC d/b/a Demand Vape, Magellan Technology, Inc., Midwest Goods, Inc. d/b/a Midwest Distribution Illinois, 10 Days, Inc. d/b/a Pod Juice, and Safa Goods LLC, SV3 LLC.*

*And on behalf of all other Defendants.*