**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES

                                     Plaintiff,

                -against-

PUFF BAR et al.,

                             Defendants.
------------------------------------------------------------------X
THE CITY OF NEW YORK,

                              Plaintiff,

                -against-

PUFF BAR et al.,

                             Defendants.
------------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

These cases have now been referred to the undersigned for discovery. See 25-CV-1445 (MMG) at ECF No. 205; 25-CV-2850 (MMG) at ECF No. 126. The parties are directed to file a joint letter by **August 7, 2026** outlining the pending discovery disputes and each party's respective position on those disputes.

A discovery conference to discuss the pending disputes is scheduled for **Tuesday, August 18, 2026 at 12:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:     New York, New York
           August 3, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge