**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

August 25, 2026

VIA ECF
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

*Re: State of New York v. Puff Bar, et al., Case No. 25-cv-01445-MMG-VF*

Dear Judge Figueredo:

This Office represents the State of New York and writes to correct a misstatement in Defendants 10 Days, Inc., Ecto World LLC, Magellan Technology Inc., SV3, LLC, and Safa Goods LLC's ("Defendants") August 24, 2026 letter to the Court (ECF No. 222).

Defendants' statement that the State has "not identified the requests to which their produced documents are responsive" is factually incorrect. Consistent with the parties' obligations under Federal Rules of Civil Procedure 26(e) and 34(b)(2)(E), the State identified by bates numbers the documents produced in response to each Defendant's document requests in its First Supplemental Responses and Objections, dated March 3, 2026, and Second Supplemental Responses and Objections, dated July 24, 2026.

Respectfully submitted,

/s/ Joy K. Mele

Joy K. Mele
Assistant Attorney General
*Counsel for Plaintiff People of the State of New York*

Cc: All Counsel of Record (*via* ECF)
Counsel of Record for City of New York
Related Case No. 25-cv-2850-MMG-VF (*via* e-mail)