THOMPSON HINE

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

August 24, 2026

***VIA CM/ECF FILING***

Hon. Valerie Figueredo
United States Magistrate Judge
U.S. District Court – Southern Dist. of New York
500 Pearl Street, Room 1660
New York, New York 10007

RE: *State of New York v. Puff Bar, et al.*, Civil Action No. 25-cv-1445-MMG-VF; *City of New York v. Puff Bar, et al.*; Civil Action No. 25-cv-02850-MMG-VF Defendants' Response to August 19, 2026 Order

Dear Magistrate Judge Figueredo:

Defendants 10 Days, Inc., Ecto World LLC, Magellan Technology Inc., SV3, LLC, and Safa Goods LLC respectfully submit this letter as requested in the Court's August 19, 2026 Order (ECF No. 217, at p. 3).

Defendants generally do not object to identifying which documents or ranges of documents correspond to a given issue in the case or requests for production, particularly when many documents are responsive to multiple requests. However, Defendants otherwise object to re-reviewing prior productions to do a document-by-document identification of corresponding requests for production because the meta data requested does not currently exist. The meta data requested was not created when the documents were initially processed, reviewed, and produced, and it would be overly burdensome for counsel to re-review over 160,000 documents individually and identify the corresponding document requests in the meta data. Defendants have made substantial productions to date:

- Demand Vape – 75,578 documents produced
- Magellan – 9,502 documents produced
- SV3 – 47,396 documents produced
- Safa Goods – 9,430 documents produced
- 10 Days – 19,297 documents produced

Given that this issue was not discussed prior to the Court's August 18, 2026 conference, we are willing to discuss this issue with Plaintiffs at a meet-and-confer and properly raise this issue for Your Honor for the September conference, if necessary. Moreover, should Defendants be obligated to provide this meta data, Defendants expect that Plaintiffs will provide reciprocal meta data for their productions as to date they have not identified the requests to which their produced documents are responsive.

Eric.Heyer@thompsonhine.com Fax: 202.331.8330 Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1999 K Street NW, Suite 600
Washington, D.C. 20006

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330

THOMPSON HINE



Respectfully submitted,

*/s/ Eric N. Heyer*
Eric N. Heyer
THOMPSON HINE LLP

cc: All counsel of record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 26, 2026**

Going forward, all Defendants must provide with their document productions the corresponding RFPs to which a document is responsive. Defendants are not required to review already produced documents in order to provide this information, but they must provide this information for any forthcoming productions.