Zanicorn™ LEGAL PLLC

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 26, 2026**

Defense counsel should be prepared to provide an update on the status of the phone and e-mail collections at the September 24, 2026 conference. By that date, Defense counsel should have determined if there are additional archived emails that must be collected and reviewed and must also have determined whether prior defense counsel has any text messages for the terminated employees.

*VIA ECF*

August 24, 2026

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** State of New York v. Puff Bar, LLC, et al., Case No. 1:25-cv-01445 (MMG-VF);
City of New York v. Puff Bar, LLC, et al., 1:25-cv-02850 (MMG-VF)
Puff Defendants' Reply to Order of Magistrate Valerie Figueredo filed August 19, 2026 [ECF No. 217]

Dear Magistrate Judge Figueredo and Judge Garnett:

We represent Defendants Puff Bar, EVO Brands, LLC, and PVG2, LLC and respectfully submit this Letter in response to Magisrate Judge Figueredo's Order dated August 19, 2026 [ECF No. 217] directing the Puff Defendants to provide the status of collection of the e-mail accounts and mobile phones for all owners and employees during the relevant time period. Specifically, counsel was directed to confirm whether all the relevant mobile phones have been collected and whether any relevant documents have been collected from the email accounts and if such collections have not been completed, to explain what steps have been taken to collect the mobile phones and the documents from the relevant e-mail accounts.

***Collection of Phones*** – The two mobile phones of the only officers of the aforementioned companies will be collected and examined in person by counsel this week, most likely on Thursday, August 27. It is anticipated that that review and collection of information from those mobiles phones will take one to two days. The client has already provided screenshots of the text threads, however counsel will examine all relevant text threads individually on each phone and will take screenshots of any relevant texts. The companies have not been active for several years now and all employees were dismissed as of March 20, 2024. These employees never had company mobile phones. Nevertheless, counsel for the Puff Defendants and Plaintiffs had a conference on the morning of August 24 to ascertain if former counsel for the Puff Defendants is

in possession of any text messages for prior years during the relevant time period that may be stored in their archives. We are awaiting a response which should be forthcoming as soon as former counsel can check their records this week.

***Email Accounts --*** Only three email accounts have been maintained; namely, info@puffbar.com, nick@puffbar.com and patrick@puffbar.com. Access already has been granted by the Puff Defendants to the email nick@puffbar.com and as soon as that email review is complete over the next 24 to 48 hours period the other two accounts will be reviewed. As of today the Puff Defendants have reported that only these three email accounts are still active and have been maintained. As with the text messages, former counsel has been requested to confirm if there are relevant emails within their archives that could be produced relating to the relevant time period. We will advise on the status of this search in the next report and/or conference.

Respectfully submitted,

**ZANICORN LEGAL PLLC.**

By: __/s/ Mary G. Bielaska/__________
Mary G. Bielaska

*Counsel for Puff Bar, EVO Brands, LLC, and PVG2, LLC*

Cc: All counsel of record via ECF