**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

-----------------------------------------------------------------X

THE CITY OF NEW YORK,

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

-----------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A discovery conference to discuss the dispute raised at ECF No. 235 is hereby scheduled for **Wednesday, November 4, 2026, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

Defendants are directed to serve the Court's order scheduling the conference, as well as the letter motion to compel at ECF No. 235, on the New York Department of Taxation and Finance ("DOTF"). Non-party DOTF is directed to file a response to the motion to compel by **Wednesday, October 28, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge