**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

---------------------------------------------------------------X

THE CITY OF NEW YORK,

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

---------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference on September 24, 2026, to address certain discovery disputes between the parties.

The Court has scheduled an additional **in-person** conference to be held in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York on **November 18, 2026**, at 10:00 a.m. The parties' pre-conference joint letter must be filed by **November 13, 2026**.

Below is a summary of the issues discussed at the September 24 conference along with relevant action items:

- All Defendants seeking to designate a document "Attorneys' Eyes Only" ("AEO") or "Confidential" are directed file a letter explaining the necessity of such designation, along with a sample of the type of document being labeled AEO or Confidential.

Defendants shall also provide an explanation as to why the documents in each category should receive sealing pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). Defendants' letters regarding these designations are due by **October 9, 2026**. Plaintiffs' responses regarding the designations are due by **October 16, 2026**.

- All Defendants, to the extent they have not already done so, must provide the overlay productions to Plaintiffs by **November 16, 2026**. Following the overlay productions, if the parties still have disagreements regarding the designations and/or productions, they should meet and confer and can raise the issue at the December discovery conference.
    - Defendant Myle Vape Inc. ("Myle") is directed to review its confidentiality designations of the 837 documents referenced in the September 17 Joint Letter, and provide an overlay production to Plaintiffs by **October 9, 2026**.

- Defendant Midwest Goods inc. ("Midwest") must provide sufficient documentation to Plaintiffs to show lack of financial resources by **October 2, 2026**.
    - Midwest is further directed to fully participate in discovery, including (but not limited to) collecting and imaging all eleven custodian email accounts, phones, and any other electronic devices upon which business was conducted by **October 30, 2026**.

- Defendant Myle is ordered to collect and image all emails for all email accounts for the relevant period by **October 16, 2026**.
    - Myle must further collect all electronic devices that have not been collected and image those devices by **October 20, 2026**.
    - By **October 20, 2026**, Myle must make a substantial production of the go-get documents discussed in the Court's August 19 order (ECF No. 132). Myle must complete production of all go-get documents by **November 20, 2026**.

- Defendant Price Point Distributors Inc. ("Price Point") is ordered to collect all outstanding electronic devices and email accounts by **October 9, 2026**. Price Point must image those devices and email accounts by **October 20, 2026**.

- Defendant YLSN Distribution Inc. ("YLSN") is ordered to collect all outstanding electronic devices and email accounts by **October 9, 2026**. YLSN must image those devices and email accounts by **October 20, 2026**.

  - YLSN is ordered to confirm, by **October 2, 2026**, whether the five former employees discussed at the conference used their personal laptops to conduct YLSN business. The parties are directed to meet and confer about the laptop issue raised at the conference, so that the issue is ripe for discussion at the **October 20, 2026** conference.

- Defendants Puff Bar, Evo Brands, and PVG2 ("Puff Defendants") are ordered to collect and image the five current email accounts, discussed in the September 17, 2026 Joint Letter by **October 20, 2026**. Puff Defendants are further ordered to collect any electronic devices upon which the nine former employees conducted Puff business by **October 20, 2026**.
  - Puff Defendants are further directed to submit a letter to the Court by **September 30, 2026**, advising whether a litigation hold has been issued, when it was issued, and the status of the electronic devices discussed in the September 17, 2026 Joint Letter, including whether those devices were maintained or disposed; if disposed, when that occurred; what business information may have been available on those devices; and whether any business information available on those disposed devices is available through any other means, including by having been transferred to a different device.

- All Defendants must begin making rolling productions of documents to Plaintiffs by **October 20, 2026**. Then, each Friday after October 20, every Defendant must provide a letter to the Court explaining how many documents have been reviewed in the preceding week, how many have been produced in that week, and how many documents remain to be produced.

- Counsel for YLSN, Price Point, and Myle represented that they were not presently withholding documents based on any written objection to Plaintiffs' RFPs. If for future productions of documents, any Defendant withholds any document based on any objection to Plaintiffs' RFPs (that is not an objection based on attorney-client privilege or work product doctrine), Defendants are directed to alert Plaintiffs of that withholding, the relevant RFP, and the objection.

- Defendants are reminded that the lack of financial resources to defend the action does not excuse violation of the Court's orders or the failure to fully participate in discovery. Defendants are required to comply with Court ordered deadlines. Defendants are hereby warned that the failure to meet these deadlines may result in a sanction.

- By separate order, the Court will address the issue discussed at the conference concerning compelling discovery from non-compliant former employees, and Plaintiffs' bates designations in their RFP productions to Defendants.

**SO ORDERED.**

DATED: New York, New York
September 25, 2026

VALERIE FIGUEREDO
United States Magistrate Judge