**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York,<br>*Plaintiff*,<br>v.<br>PUFF BAR, *et al*.<br>Defendants. | Case No. 1:25-cv-1445 (MMG)(VF) |

**DECLARATION OF COLLEEN K. FAHERTY**

I, Colleen Kelly Faherty, an attorney duly admitted to practice law in this Court, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is correct:

1. I am Special Trial Counsel in the Office of LETITIA JAMES, Attorney General of the State of New York, counsel for Plaintiff the People of the State of New York. I submit this declaration in support of Plaintiff's response to Defendants' letters seeking confidentiality designations, as ordered by the Court on September 25, 2026. *See* ECF No. 239.

2. This declaration addresses information related to discovery submitted to the New York State Office of the Attorney General (OAG) during the course of the above-captioned litigation, *People of the State of New York v. Puff Bar, et al.*, SDNY No. 25-cv-1445. I submit this declaration based upon personal knowledge and my review of documents and records in possession of OAG, where I am employed and for which I am a Special Counsel participating in the litigation.

3. On October 3, 2025, OAG issued discovery requests demanding requests for production, including *inter alia* certain documents and communications relevant to the claims

alleged in this litigation, for which Defendants[1] have produced some documents but are still continuing[2] to collect, review, and produce responsive materials.

4. I have attached hereto as exhibits true and correct copies of the following, which are documents produced to OAG by Defendants in discovery:

a. Attached as “Exhibit 1” - the Declaration of James Schwartz, accessed from Nanjing Cic International Co. Ltd. v. James Schwartz and Foundry Associates, Inc., W.D.N.Y. Case No. 6:20-cv-07031-EAW-CDH at Docket No. 78, dated July 25, 2023.
b. Attached as “Exhibit 2” – a Demand Vape document bearing bates number Demand Vape NY AG – 00080333.
c. Attached as “Exhibit 3” - a Demand Vape document bearing bates number Demand Vape NY AG – 00072452.
d. Attached as “Exhibit 4” – a Safa document bearing bates number Safa Goods_NY AG – 00014145.
e. Attached as “Exhibit 5” – a Safa document bearing bates number Safa Goods_NY AG – 00014149.
f. Attached as “Exhibit 6” – a Safa document bearing bates number Safa Goods_NY AG – 00014160.
g. Attached as “Exhibit 7” – a 10 Days document bearing bates number Pod Juice NY AG – 00002320.
h. Attached as “Exhibit 8” - a 10 Days document bearing bates number Pod Juice NY AG – 00014157.
i. Attached as “Exhibit 9” - a pdf copy of a YSLN excel spreadsheet document bearing bates number YSLN_00001698.
j. Attached as "Exhibit 10” - a YSLN document bearing bates number YSLN_00002084.
k. Attached as “Exhibit 11” - a YSLN document bearing bates number YSLN_0013844.
l. Attached as “Exhibit 12” – a Puff Bar document bearing bates number Puff-Inv-000001.
m. Attached as "Exhibit 13” – a Puff Bar document bearing bates number Puff-Inv-000003.
n. Attached as “Exhibit 14” – a Myle document bearing bates number Myle_NY_0000595.

---

[1] Defendants include Puff Bar, Evo Brands LLC, PVG2, LLC (collectively, “Puff Defendants”); Ecto World LLC, Magellan Technology Inc. (collectively, “Demand Defendants”); YSLN Distribution Inc.; Midwest Goods, Inc.; 10 Days, Inc.; Safa Goods, LLC; SV3 LLC; Myle Vape, Inc., MVH I, Inc. (collectively, “Myle Defendants”); Price Point Distributors, Inc., Weis Khwaja, Hamza Jalili, and Mohammad Jalili (collectively, “Price Point Defendants”).

[2] Defendant Midwest Goods, Inc.’s last production of documents occurred in January 2026, and on October 9, 2026 Midwest Goods, Inc. filed a “consent to the entry of default judgment.”

o. Attached as “Exhibit 15” - a Myle document bearing bates number Myle_NY_0000598.
p. Attached as "Exhibit 16” - a Myle document bearing bates number Myle_NY_0000592.
q. Attached as “Exhibit 17” - a Myle document bearing bates number Myle_NY_0000562.
r. Attached as “Exhibit 18” - a Myle document bearing bates number Myle_NY_0000738.

Dated: New York, New York
October 16, 2026

LETITIA JAMES
Attorney General
State of New York

/s/ *Colleen K. Faherty*___

Colleen K. Faherty
Special Trial Counsel
28 Liberty Street, 18th Floor
New York, New York 10005
P: (212) 416-6046
Colleen.Faherty@ag.ny.gov

*Attorney for Plaintiff*