NEW YORK STATE | Department of Taxation and Finance

OFFICE OF COUNSEL

October 28, 2026

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: City of New York v. Puff Bar, et al., No. 25-cv-02850-MMG
State of New York v. Puff Bar, et al., No. 25-cv-1445-MMG

Judge Figueredo:

The New York State Department of Taxation and Finance submits this letter for Your Honor's consideration in anticipation of the conference scheduled for November 4, 2026. I respectfully request that the undersigned be permitted to appear by telephone or other electronic means to discuss this matter with counsel and the Court. As the Court may not be aware, my office is located in Albany New York, and I would need to travel over two hours to attend the court conference and incur costs to do so. This request does not prejudice the process or the Defendants in any way. Moreover, the Department is not a party to this action, and I can competently discuss this matter by electronic means.

Again, I respectfully request to appear before the Court by telephone or electronic means to speak to the Court and resolve this discovery dispute.

AMANDA HILLER
Deputy Commissioner and Counsel

by:

ERIC R. GEE
Associate Attorney

cc: Eric Heyer, Esq.