**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

---------------------------------------------------------------X

THE CITY OF NEW YORK,

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

---------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The conference scheduled for November 18, 2026, at 10 a.m. has been adjourned. The next conference in this matter will be Tuesday, December 8, 2026 at 10:00 a.m.

**SO ORDERED.**

DATED: New York, New York
November 2, 2026

VALERIE FIGUEREDO
United States Magistrate Judge