UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES,

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.
---------------------------------------------------------------X
THE CITY OF NEW YORK,

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.
---------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The discovery conference in this matter scheduled for Wednesday, November 4, 2025 at 10:00 a.m., **will be held via Microsoft Teams.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [862 493 024#].

**SO ORDERED.**

DATED: New York, New York
November 2, 2026

VALERIE FIGUEREDO
United States Magistrate Judge