**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

-----------------------------------------------------------------X

THE CITY OF NEW YORK,

Plaintiff,

-against-

PUFF BAR et al.,

Defendants.

-----------------------------------------------------------------X

25-CV-1445 (MMG)
25-CV-2850 (MMG)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference on November 4, 2026 to address a discovery dispute between Defendants and non-party New York Department of Taxation and Finance ("DOTF"). As discussed at the conference, the DOTF is ordered to produce all documents responsive to Defendants' subpoena by **December 4, 2026**. The DOTF must also produce a privilege log and accompanying affidavit by **December 4, 2026**.

The Clerk of Court is respectfully directed to terminate the gavels at ECF No. 235 in Case No. 25-CV-1445 and ECF No. 140 in Case No. 25-CV-2850.

**SO ORDERED.**

DATED: New York, New York

November 4, 2026

VALERIE FIGUEREDO
United States Magistrate Judge