**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 10, 2026

VIA ECF
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

*Re: State of New York v. Puff Bar, et al., Case No. 25-cv-01445-MMG-VF*

Dear Judge Figueredo:

This Office represents the State of New York and writes to respectfully request an extension of the following deadlines: (1) State's service of written deposition questions on Puff Defendants; (2) State's service of written deposition questions on YLSN; and (3) briefing schedule on the motion for default judgment as against Midwest Goods. This is the State's first request for an extension of these deadlines. The Puff Defendants, Midwest Goods and the City of New York consent to the State's request and the State's proposed new schedules. YLSN consents to the State's request, but seeks a longer deadline for their answers.

The State requests a one-week extension of the deadline for service of written deposition questions on a representative of Puff Bar Defendants. *See* ECF No. 257. The current deadline is November 12, 2026, and answers to the questions are due by December 14, 2026. The proposed new schedule would be as follows: State/City service of written deposition questions on Puff Barr by November 19, 2026; and Puff Bar's Answers to the deposition questions by December 21, 2026. The extension will not impact the current February 5, 2027 deadline for the State/City to move for spoliation sanctions as to the Puff Bar defendants. *See* ECF No. 257.

The State requests a one-week extension of the deadline for service of written deposition questions on a representative of YLSN. *See* ECF No. 257. The current deadline is November 12, 2026, and answers to the questions are due by December 21, 2026. The State's proposed new schedule would be as follows: State/City service of written deposition questions on YLSN by November 19, 2026; and YLSN's Answers to the deposition questions by December 28, 2026. YLSN consents to the State's request for a one-week extension to November 19 for written deposition questions, but requests that, because of the December holidays, the deadline for YLSN's responses be further extended to January 15, 2027.

Hon. Valerie Figueredo
November 10, 2026
Page 2

The State requests a two-week extension of the deadline to move for default judgment as against Midwest Goods. The current schedule is State/City Motions by December 4, 2026; Oppositions by January 6, 2027; and State/City Replies by January 13, 2027. *See* ECF No. 257. The requested new schedule would be as follows: State/City Motions by December 18, 2026; Oppositions by January 20, 2027; and State/City Replies by January 27, 2027.

We thank the Court for its consideration of these requests.

Respectfully submitted,

/s/ Joy K. Mele

Joy K. Mele
Assistant Attorney General
*Counsel for Plaintiff People of the State of New York*

Cc: All Counsel of Record (*via* ECF)
Counsel of Record for City of New York
Related Case No. 25-cv-2850-MMG-VF (*via* e-mail)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 13, 2026**

Plaintiff's request is **GRANTED**. The Court ADOPTS the proposed deadlines. Additionally, YLSN's request for an extension is **GRANTED**. YLSN's deadline for written answers will be **January 15, 2027**.

The Clerk of Court is respectfully directed to close the gavel at ECF No. 266.